UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MICHAEL A. LEWIS,
*Individually and on Behalf of All Others Similarly Situated,*

    Plaintiff,

    v.

NEANY, INC.,

    Defendant.

Civil Action No. TDC-15-2068

**ORDER**

For the reasons stated on the record at the July 11, 2016 hearing, it is hereby ORDERED that:

1. Plaintiff Michael A. Lewis's Uncontested Motion for Approval of Attorney's Fees and Reimbursement of Litigation Costs is GRANTED IN PART.

2. So long as all members of the Plaintiff Class who timely returned valid Claim Forms receive 100 percent of the gross damages and other payments contemplated by the Settlement Agreement dated March 28, 2016 and the Order dated July 15, 2016 approving the settlement, Plaintiff's counsel is awarded $77,390.20 in attorney's fees and $1,575.50 in costs for a total of $78,965.70 to be paid out of the settlement fund.

Date: July 15, 2016

THEODORE D. CHUANG
United States District Judge